Bron E. D'Angelo, Esq., SBN 246819
**PETTIT KOHN INGRASSIA & LUTZ PC**
9841 Airport Boulevard, Suite 1100
Los Angeles, CA 90045
Telephone: (310) 649-5772
Facsimile: (310) 649-5777
E-mail: bdangelo@pettitkohn.com

Attorneys for Defendant
**WAL-MART STORES, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES GAPAY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a Corporation; DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 5:15-CV-2457<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(b)**<br><br>Courtroom:<br>District Judge:<br>Magistrate Judge:<br>Complaint Filed:<br>Trial Date: |

TO: THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT, EASTERN DIVISION OF CALIFORNIA AND TO THE CLERK OF THAT COURT:

PLEASE TAKE NOTICE that Defendant WAL-MART STORES, INC. ("Wal-Mart"), by and through its counsel, hereby removes that above-entitled action filed by Plaintiff Les Gapay in the Superior Court of the State of California, County of Los Angeles, Case No. BC 599853, to the Central District, Eastern Division of California pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

1. Jurisdiction of this action is founded upon 28 U.S.C. §§1332, 1441(a) and (b) as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

1  2. On November 2, 2015, Plaintiff Les Gapay filed a civil action in the
2  Superior Court of the State of California in and for the County of Los Angeles,
3  entitled *LES GAPAY Plaintiff v. WAL-MART STORES, INC., a Delaware*
4  *Corporation, et. al. and DOES 1 to 100 INCLUSIVE,* Case Number BC 599853
5  ("Complaint"). The Complaint alleges that Plaintiff Les Gapay is and was at all
6  times relevant herein and individual and citizen of California who resides in
7  Riverside County, California. Attached to the Notice of Removal as Exhibit A, is a
8  true and correct copy of Plaintiff's Complaint, see at ¶ 19. The Complaint alleges
9  the incident occurred at the Wal-mart Supercenter (Store #3259) and adjacent
10 parking lot located at 3555 Mullan Road, Missoula, MT 59808 which were owned,
11 operated, controlled, and maintained by Defendant Wal-Mart. Exhibit A,
12 Complaint at ¶1 and 2. The Complaint further alleges that Wal-Mart is a
13 corporation duly organized under the laws of Delaware with substantial contacts
14 with the State of California and especially Los Angeles County, California. Exhibit
15 A, Complaint at ¶ 20. Plaintiff through the Complaint alleges Wal-Mart was
16 negligent and through that negligence Plaintiff sustained injuries.

17 3. Wal-Mart first received a copy of the said Complaint and Summons on
18 November 3, 2015. Attached to the Notice of Removal as Exhibit B, is a true and
19 correct copy of the state court summons served on Defendant on November 3,
20 2015.

21 4. No proceedings have been had in the Los Angeles Superior Court, but
22 a trial date of May 1, 2017 has been unilaterally set by the Court. Wal-Mart has not
23 made any appearance in this matter as of the date of filing of this Notice.

24 5. Defendant was and is a corporation incorporated under the laws of the
25 State of Delaware and having its principal place of business in the State of
26 Arkansas and is currently the only Defendant in this action, and is therefore a
27 citizen of the State of Delaware and State of Arkansas. Attached to the Notice of
28 ///

1 | Removal as Exhibit C is a true and correct copy of Defendant's Corporate
2 | information from the California Secretary of State Business Portal.

3 |      6.    Attached to the Notice of Removal as Exhibit D is a true and correct
4 | copy of Defendant's corporate information from the Delaware Secretary of State.

5 |      7.    This is a civil action over which this Court has original jurisdiction
6 | under 28 U.S.C. Section 1332, and is one which may be removed to this Court by
7 | Wal-Mart pursuant to the provisions of 28 U.S.C. Section 1441(b) in that it is a
8 | civil action between citizens of different states, the matter in controversy exceeds
9 | the sum of $75,000, exclusive of interest and costs, and the entirety of the events
10 | that give rise to this suit occurred in the State of Montana.

11 |      8.    In Plaintiff's complaint, he has alleged permanent blindness as the
12 | result of an assault by individuals not affiliated with Defendant in any way in
13 | Defendant's parking lot. Plaintiff additionally claims he has undergone one surgery
14 | to his eye and will need another in the future, and is at a risk of permanent
15 | blindness in both eyes. Exhibit A, Complaint at ¶ 15.

16 |      9.    Complete diversity of citizenship exists in that Plaintiff Les Gapay is a
17 | citizen of the State of California, County of Riverside, based on the Complaint
18 | which states PLAINTIFF LES GAPAY is and was at all times relevant herein and
19 | individual and citizen of California who resides in Riverside County, California.
20 | Exhibit A, Complaint at ¶ 19.

21 |      10.    Attached hereto as Exhibit E is a true and correct copy of the on-line
22 | register of actions for this case from the Los Angeles Superior Court website.

23 |      11.    Attached hereto as Exhibit F true and correct copies of the remaining
24 | documents listed on the on-line register of actions as follows:

25 |      a. Proof of Service/ Summons filed by Attorney for Plaintiff

26 |      12.    Written notice of the filing of this Notice of Removal will be promptly
27 | served to Plaintiff. A true and correct copy of this Notice of Removal and the
28 | ///

concurrently-filed Notice of Interested Parties and Civil Cover Sheet will be filed in the Los Angeles Superior Court.

WHEREFORE, Defendant Wal-Mart Stores, Inc. further gives notice that the above-entitled action, now pending against it in the Superior Court for the State of California, County of Los Angeles, has been removed therefrom to this Court on the ground of diversity of citizenship.

**PETTIT KOHN INGRASSIA & LUTZ PC**

Dated:  December 1, 2015   By:   /s/ Bron E. D'Angelo, Esq.
Bron E. D'Angelo, Esq.
Attorneys for Defendant
**WAL-MART STORES, INC.**
bdangelo@pettitkohn.com

## TABLE OF CONTENTS OF EXHIBITS

## NOTICE OF REMOVAL

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| A | Complaint filed in the Superior Court of the State of California in and for the County of Los Angeles, on November 2, 20105 in case number BC599853 | 5 |
| B | State Court Summons (Summons/Complaint served on Defendant on November 3, 2015) | 32 |
| C | California Secretary of State Business Entity Detail | 33 |
| D | Delaware Secretary of State Business Entity Detail | 34 |
| E | Register of Actions (Case Summary) Los Angeles Superior Court in case number BC599853 | 35 |
| F | Proof of Service of Summons filed by Attorney for Plaintiff on November 6, 2015 | 36 |